# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **22 Mag. 9972**

USAO No. **2022R01438**

Date **1/2/23**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint    ☐ Removal Proceedings in

*United States v.* **Zachary Bell**

The Complaint/Rule 40 Affidavit was filed on **12/9/22**

✓ *U.S. Marshals please withdraw warrant*

**Jerry Fang**
Digitally signed by Jerry Fang
Date: 2023.01.02 16:17:50 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Jerry Fang**

(print name if signature handwritten)

**SO ORDERED:**

DATE: 1/3/2023

_____
UNITED STATES MAGISTRATE JUDGE